# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Shear,  | No. CV-23-00871-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

United States Magistrate Judge Eiileen Willett has issued a report and recommendation ("R&R") (Doc. 18) recommending that the Court affirm the decision of the Commissioner of Social Security. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 13) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Willett. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that Report and Recommendation of the Magistrate Judge (Docs. 18) is accepted.

…

…

…

**IT IS FURTHER ORDERED** affirming the decision of the Commissioner of Social Security and dismissing this case. The Clerk of Court is directed to enter judgment accordingly and terminate this case.

Dated this 29th day of May, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge